Robert H. Bunzel, State Bar No. 99395
Charles G. Miller, State Bar No. 39272
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiffs
JOSEPH SAVERI LAW FIRM, INC.
and JOSEPH R. SAVERI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH SAVERI LAW FIRM, INC., a California corporation, and JOSEPH R. SAVERI,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL E. CRIDEN, P.A. dba CRIDEN & LOVE, P.A., a Florida corporation,<br><br>Defendant. | Case No. 3:14-cv-1740 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO DISMISS AND PRELIMINARY INJUNCTION**<br><br>Complaint Filed: April 15, 2014 |

WHEREAS, on April 15, 2013, plaintiffs Joseph Saveri Law Firm Inc. and Joseph R. Saveri ("Saveri") filed the Complaint in this action (Dkt. 1) against Michael E. Criden, P.A. dba Criden & Love, P.A. ("Criden"), which was personally served on April 17, 2014 (Dkt. 12);

WHEREAS, on April 16, 2014, Saveri filed a Motion for Preliminary Injunction (Dkt. 6) to enjoin Criden from pursuing arbitration proceeding No. 32-194 Y 00123-14 before the American Arbitration Association ("AAA Proceeding") in Miami, Florida, which motion was also personally served on April 17, 2014 (Dkt. 12);

WHEREAS, Criden's response to the Complaint is due May 8, 2014, and Criden's response to the Motion for Preliminary Injunction is due May 5, 2014;

WHEREAS, Criden anticipates filing a motion to dismiss for lack of personal jurisdiction under FRCP Rule 12(b)(2) and improper venue under Rule 12(b)(3), and a motion under 28 U.S.C. § 1404(a) for change of venue to the Southern District of Florida, which motions will not seek to determine arbitrability of the AAA Proceeding;

WHEREAS, the parties agree that, at the least, Criden's motion to dismiss for lack of personal jurisdiction should be heard and determined first, and that any decision on arbitrability should be determined thereafter if Criden's motion to dismiss for lack of personal jurisdiction is denied;

WHEREAS, the parties stipulate to presently instruct AAA to stay the AAA Proceeding until Criden's motions are determined, and if the motions are denied, to stay the AAA Proceeding until the Court issues a decision on arbitrability;

WHEREAS, the parties shall provide the AAA a copy of this Stipulation and Order;

WHEREAS, because the parties' instruction to AAA and provision of this Stipulation and Order to AAA gives Saveri all of the relief sought by the Preliminary Injunction Motion, that motion is rendered moot; and

WHEREAS, Saveri may object to any venue motion being decided prior to the Court deciding the issue of arbitrability.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto that the following dates are calendared in this action:

| Event | Currently Scheduled Date | New Date |
|---|---|---|
| Criden's response to complaint (FRCP Rule 12(b) and 28 U.S.C § 1404(a)) motions due | May 8, 2014 | May 12, 2014 |
| Saveri's opposition to FRCP Rule 12(b) and 28 U.S.C § 1404(a) motions due | | May 30, 2014 |
| Criden's reply to opposition to FRCP Rule 12(b) and 28 U.S.C § 1404(a) motion due | | June 11, 2014 |
| Hearing on Criden's FRCP Rule 12(b) and 28 U.S.C § 1404(a) motion | | July 1, 2014 |
| Case Management Conference | | To be determined |
| Hearing on Saveri's Motion for Preliminary Injunction | | Off calendar |
| All deadlines related to briefing on Saveri's Motion for Preliminary Injunction | | Off calendar |

SO STIPULATED.

DATED: April 25, 2014

                SULLWOLD & HUGHES

By:    */s/ Robert T. Sullwold*
       Robert T. Sullwold
      Attorneys for Defendant
   MICHAEL E. CRIDEN, P.A. dba
       CRIDEN & LOVE, P.A.

2400.001/809577.1    STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO DISMISS AND PRELIMINARY INJUNCTION -- Case No. 3:13-cv-05053-LB

DATED:  April 25, 2014

                    BARTKO, ZANKEL, BUNZEL & MILLER
                    A Professional Law Corporation

By:  */s/ Robert H. Bunzel*
        Robert H. Bunzel
        Attorneys for Plaintiffs
   JOSEPH SAVERI LAW FIRM, INC. and
        JOSEPH R. SAVERI

### FILER'S ATTESTATION

I, Robert H. Bunzel, hereby attest that concurrence in the filing of this document has been obtained from the other signatory and that I received authorization to affix his electronic signature.

DATED:  April 25, 2014

                       */s/ Robert H. Bunzel*
                       Robert H. Bunzel

IT IS SO ORDERED.

DATED: _____

                _____
                      ELIZABETH D. LAPORTE
             UNITED STATES MAGISTRATE JUDGE

-3-

2400.001/809577.1   STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO DISMISS AND PRELIMINARY INJUNCTION -- Case No. 3:13-cv-05053-LB