**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAVERI LAW FIRM, INC., et al., | No. C -14-01740 EDL |
| Plaintiffs, | **ORDER** |
| v. | |
| MICHAEL CRIDEN, P.A., et al., | |
| Defendants. | |

This matter is hereby referred to a randomly assigned Magistrate Judge of this court to conduct a Settlement Conference. The assigned judge's chambers will contact counsel with a date and time for the conference to be conducted.

**IT IS SO ORDERED.**

Dated: July 2, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge