IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAVERI LAW FIRM, et al., | No. C -14-01740 EDL |
| Plaintiffs, | **ORDER** |
| v. | |
| MICHAEL CRIDEN, P.A., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a case management conference is scheduled for August 19, 2014, at 10:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102. A joint case management statement must be filed no later than August 12, 2014.

**IT IS SO ORDERED.**

Dated: July 31, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge