ROBERT T. SULLWOLD (SBN 88139)
JAMES A. HUGHES (SBN 88380)
SULLWOLD & HUGHES
1999 Harrison Street, 18th Floor
Oakland, CA 94612-3520
Telephone: 510-496-4616
Facsimile: 415-762-5338

CURTIS JAY MASE (Florida Bar No. 478083)
CAMERON EUBANKS (Florida Bar No. 85865)
MASE LARA
2601 Bayshore Drive, #800
Miami, FL 33133
Telephone: 305-377-3770
Facsimile: 305-377-0080

Attorneys for Defendant/Counter-Plaintiff
MICHAEL E. CRIDEN, P.A. dba
CRIDEN & LOVE, P.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH SAVERI LAW FIRM, INC., a California corporation, and JOSEPH R. SAVERI,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MICHAEL E. CRIDEN, P.A., dba CRIDEN & LOVE, P.A., a Florida corporation,<br><br>Defendant/Counter-Plaintiff, | No. C-14-01740 EDL<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Michael E. Criden, P.A. dba Criden & Love, P.A., Defendant/Counter-Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on March 12, 2015 (a true and correct copy attached hereto), and all orders issued during the course of the litigation incorporated therein.

| | |
|---|---|
| DATED: March 19, 2015 | CURTIS JAY MASE<br>CAMERON EUBANKS<br>MASE LARA<br><br>ROBERT T. SULLWOLD<br>JAMES A. HUGHES<br>SULLWOLD & HUGHES<br><br>By: <u>/s/ Robert T. Sullwold</u><br>        Robert T. Sullwold<br><br>Attorneys for Defendant and Counterclaimant MICHAEL E. CRIDEN, P.A. dba CRIDEN & LOVE, P.A. |