1  Robert H. Bunzel, State Bar No. 99395
   Charles G. Miller, State Bar No. 39272
2  BARTKO, ZANKEL, BUNZEL & MILLER
   A Professional Law Corporation
3  One Embarcadero Center, Suite 800
   San Francisco, California  94111
4  Telephone:     (415) 956-1900
   Facsimile:     (415) 956-1152
5
6  Attorneys for Plaintiffs and Counterdefendants
   JOSEPH SAVERI LAW FIRM, INC.
   and JOSEPH R. SAVERI
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  JOSEPH SAVERI LAW FIRM, INC., a          )   No. 3:14-cv-1740 EDL
    California corporation, and JOSEPH R.    )
13  SAVERI,                                  )   **DECLARATION AND**
                                             )   **VERIFICATION OF ROBERT H.**
14              Plaintiffs,                  )   **BUNZEL IN SUPPORT OF**
                                             )   **PLAINTIFFS' BILL OF COSTS**
15         v.                                )
                                             )
16  MICHAEL E. CRIDEN, P.A. dba CRIDEN &     )
    LOVE, P.A., a Florida corporation,       )   Ctrm:    E, 15th Floor
17                                           )   Judge:   Hon. Elizabeth D. Laporte
                Defendant.                   )            Chief Magistrate Judge
18  _____ )

19  MICHAEL E. CRIDEN, P.A. dba CRIDEN &     )
    LOVE, P.A., a Florida corporation,       )
20                                           )
                Counterclaimant,             )
21                                           )
           v.                                )
22                                           )
    JOSEPH SAVERI LAW FIRM, INC., a          )
23  California corporation, and JOSEPH R.    )
    SAVERI,                                  )
24                                           )
                Counterdefendants.           )
25  _____ )

26

27

28

BARTKO ZANKEL BUNZEL
BARTKO · ZANKEL · BUNZEL · MILLER
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

I, Robert H. Bunzel, declare and affirm as follows:

1. I am a shareholder with the law firm of Bartko, Zankel, Bunzel & Miller ("Bartko"), counsel of record for plaintiffs and counterdefendants the Joseph Saveri Law Firm, Inc. and Joseph R. Saveri ("plaintiffs"), and am duly licensed to practice before all courts of the State of California and this federal court.  I am familiar with the costs incurred for which recovery is sought. I am lead counsel for plaintiffs in this matter, and have personally caused my staff to compile all recoverable cost invoices, which I have reviewed. If called upon as a witness, I could and would testify competently to the matters stated herein based upon my own personal knowledge.

2. Each cost item sought to be recovered is correctly stated on the Bill of Costs, and has been necessarily incurred in this case. The services for such costs were actually and necessarily performed. Attached to the Bill of Costs is a spreadsheet summarizing all costs totaling $14,910.67 categorized in accordance with Local Rule 54-3 (Exh. A to Bill of Costs), and the receipts and bills for each applicable category on the Bill of Costs are described in the succeeding paragraphs to this Declaration, and true copies of the same are attached as Exhibits B-E to the Bill of Costs.

3. Fees for Filing and Service of Process total $665.05. (Exh. B. to Bill of Costs); L.R. 54-3(a).  This represents the Northern District filing fee and service of the Summons and Complaint and related Northern District of California materials required to be served.

4. Costs for Reporters' Transcripts in this matter total $110.50, necessarily obtained for an appeal. (Exh. C to Bill of Costs); L.R. 54-3(b)(1).  Michael E. Criden, P.A., dba Criden & Love ("Criden & Love"), has filed a notice of appeal March 19, 2015, Dkt. 81.

5. Costs for Depositions, including the costs of an original, and one copy, and reproduction of deposition exhibits total $10,854.04. (Exh. D to Bill of Costs); L.R. 54-3(c). These costs were incurred for six depositions:  Mr. Love and Mr. Criden noticed by my clients and deposed in Miami, Florida November 20 and 21, 2014 (which include videographer charges); Mr. Saveri and third parties Eric Fastiff, Brendan Glackin and Solomon Cera deposed in San Francisco, California December 8 and 9, 2014, noticed by defendant.

-1-

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

1    6.    Costs for Reproduction and Exemplification total $3,281.08 (Exh. E to Bill

2    of Costs); L.R. 54-3(d).  This amount includes:

3    a.    $2,843.39 as the cost of reproducing government documents.  L.R.

4    54-3(d)(1).  During this case, my firm incurred necessary costs in reproduction of government

5    records regarding the appearances *pro hac vice* of defendant Criden & Love and its attorneys in

6    official California federal court proceedings, directly and necessarily relevant to the issues in this

7    case.  The Court relied on such records in its Order Granting Plaintiffs' Motion for Summary

8    Judgment, Dkt. 77, at 9:3-10:

> ….[A]ttorneys from Defendant Criden, including Mr. Love and Mr. Criden, have appeared *pro hac vice* in California courts numerous times. (See Bunzel Decl. Ex. B. (Love Depo.) at 24-26; Ex. G; Ex. H.) Several of those appearances occurred in this court, requiring Defendant Criden's attorneys to certify compliance with Local Rule 11-4. That rule, among other requirements, requires attorneys appearing *pro hac vice* to swear that they are familiar with "the standards of professional conduct required of members of the State Bar of California." Thus, Defendant Criden is not ignorant of Rule 2-200.

These government records were obtained for reproduction with the necessary assistance of vendor Thomson Reuters, and were reproduced from records of at least 23 separate case filings, summarized in the Declaration of Robert H. Bunzel, filed January 6, 2015, at Exhibit G, and referred to in the Court's Order above.  I caused to be isolated, in the Thomson Reuters statements attributable to this case, those specific vendor bills for services authorized by my firm's librarian Sohaila Braam, incurred in conducting the government record searches.

b.    $437.69 as the cost of reproducing disclosure and formal discovery documents.  L.R. 54-3(d)(2).  My staff has confirmed to me that at least 1,903 pages were produced by the parties and third parties in this matter during discovery.  $437.69 is the cost of one hard copy set of these discovery documents, which was reasonably required for the case, at our standard internal copy charge of $.23 per page.

BARTKO ZANKEL BUNZEL
BARTKO·ZANKEL·BUNZEL·MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

-2-

I declare under penalty of perjury pursuant to 28 U.S.C. § 1924 that the foregoing is true and correct, and that this Affidavit is executed on this 26th day of March 2015, at San Francisco, California.

/s/ Robert H. Bunzel

Robert H. Bunzel

Attorneys for Plaintiffs and Counterdefendants

DECLARATION AND VERIFICATION OF ROBERT H. BUNZEL IN SUPPORT OF PLAINTIFFS' BILL OF COSTS - Case No. 3:14-cv-1740 EDL

BARTKO ZANKEL BUNZEL
BARTKO · ZANKEL · BUNZEL · MILLER
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

# EXHIBIT A

2400.001

**Exhibit A - Bill of Costs Detail**

| Date | Exp Code | Amount | Description |
|------|----------|--------|-------------|
| **Filing and Service of Process [L.R. 54-3(a)]** | | | |
| 4/15/2014 | CS | 400.00 | USDC Northern District of California Filing Fee |
| 4/30/2014 | CS | 265.05 | SPECIALIZED LEGAL SERVICES, INC; Invoice # P115734; Accumulated Court Service & Filing Fees |
| | | 665.05 | |
| **Reporter's Transcripts [L.R. 54-3(b)(1)]** | | | |
| 7/3/2014 | CR-TR | 85.00 | CARRIE MCKEE-PARKS; Invoice # 07032014; Accumulated Court Reporter Fees |
| 7/23/2014 | CR-TR | 25.50 | CARRIE MCKEE-PARKS; Invoice # 07232014; Accumulated Court Reporter Fees |
| | | 110.50 | |
| **Deposition Transcripts [L.R. 54-3(c)]** | | | |
| 12/4/2014 | CR-D | 3,883.57 | VERITEXT CORP.; Invoice # SF2192693; Accumulated Court Reporter Fees (K. Love) |
| 12/4/2014 | CR-D | 1,791.10 | VERITEXT CORP.; Invoice # SF2192701; Accumulated Court Reporter Fees (M. Criden) |
| 12/15/2014 | CR-D | 1,975.02 | VERITEXT CORP.; Invoice # SF2201502; Accumulated Court Reporter Fees (K. Love) |
| 12/18/2014 | CR-D | 766.25 | VERITEXT CORP.; Invoice # SF2203899; Accumulated Court Reporter Fees (M. Criden) |
| 12/30/2014 | CR-D | 1,288.10 | ESQUIRE DEPOSITION SOLUTIONS; Invoice # ESQ234332; Accumulated Court Reporter Fees (J. Saveri) |
| 1/2/2015 | CR-D | 1,150.00 | ESQUIRE DEPOSITION SOLUTIONS; Invoice # ESQ235287; Accumulated Court Reporter Fees (S. Cera, E. Fastiff, B. Glackin) |
| | | 10,854.04 | |
| **Reproduction and Exemplification Costs [L.R. 54-3(d)] Limited to:** | | | |
| **(i) Reproduction and Certification Costs for Government Records,** | | | |
| **(ii) Reproduction and Scanning Costs for Disclosures and Documents Produced in Formal Discovery,** | | | |
| **(iii) Trial Exhibit Copies Required by Court Order, and** | | | |
| **(iv) Preparation of Charts and Diagrams Reasonably Necessary to Assist the Jury and the Court** | | | |
| **Reproducing and Certifying Government Records [L.R. 54-3(d)(1)]** | | | |
| 5/1/2014 | OL | 640.73 | WEST  (WESTLAW); Invoice # 829547695; Accumulated Westlaw: Online Research Charges |
| 5/31/2014 | OL | 84.87 | LEXIS-NEXIS; Invoice # 1405006559; Accumulated Lexis-Nexis Research |
| 6/1/2014 | OL | 405.61 | WEST  (WESTLAW); Invoice # 829726648; Accumulated Westlaw: Online Research Charges |
| 6/1/2014 | OL | 15.70 | WEST  (WESTLAW); Invoice # 829726648; Accumulated Westlaw: Online Research Charges |
| 9/30/2014 | OL | 79.97 | LEXISNEXIS; Invoice # 1409006505; Accumulated Lexis-Nexis Research |
| 10/1/2014 | OL | 674.58 | WEST  (WESTLAW); Invoice # 830481483; Accumulated Westlaw: Online Research Charges |
| 11/5/2014 | OL | 98.59 | THOMSON WEST; Invoice # 830681778; Online Research |
| 11/13/2014 | OL | 157.30 | THOMSON WEST; Invoice # 6097312582; Accumulated Court Service & Filing Fees |
| 12/31/2014 | OL | 296.14 | LEXISNEXIS; Invoice # 1412006467; Accumulated Lexis-Nexis Research |
| 1/1/2015 | OL | 389.90 | THOMSON REUTERS - WEST; Invoice # 831053010; Online Research |
| | | 2,843.39 | |
| **Reproducing Disclosure of Formal Discovery Documents [L.R. 54-3(d)(2)]** | | | |
| 5/20/2014-1/20/2015 | B/W Copies | 437.69 | A total of 1903 pages were produced in this matter and were copies at our standard office rate of 23 cents per page. |
| | | 437.69 | |
| **Total** | | | |
| | Total | 14,910.67 | |

# EXHIBIT B

## May Tolentino

| | |
|---|---|
| **From:** | Barbara Sage |
| **Sent:** | Tuesday, April 15, 2014 3:59 PM |
| **To:** | Robert H. Bunzel; May Tolentino |
| **Subject:** | FW: Pay.gov Payment Confirmation: CAND CM ECF |

2400.001 - Filing fee complaint

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, April 15, 2014 3:39 PM
To: Barbara Sage
Subject: Pay.gov Payment Confirmation: CAND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25FA2VU0
Agency Tracking ID: 0971-8535346
Transaction Type: Sale
Transaction Date: Apr 15, 2014 6:39:06 PM

Account Holder Name: Susan Stevenson
Transaction Amount: $400.00
Billing Address: One Embarcadero Center
City: San Francisco
State/Province: CA
Zip/Postal Code: 94111
Country: USA
Card Type: AmericanExpress
Card Number: ************1175


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200, San Francisco, CA 94103**
Phone: (415) 357-0500 ~ Fax: (415) 357-0595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| BARTKO | April 30, 2014 | P115734 |

Bill To:
Bartko, Zankel, Bunzel & Miller
BARBARA SAGE
1 Embarcadero Center, Suite 800
San Francisco, CA 94111

File No:
Servee: **MICHAEL E. CRIDEN, P.A., dba CRIDEN & LOVE, P.A., a Florida corporation**
Case No: **3:14-CV-01740-EDL**
Plaintiff: **JOSEPH SAVERI LAW FIRM, INC. etc. et al.**
Defendant: **MICHAEL E. CRIDEN, P.A. etc. et al.**

Documents: SEE ATTACHED LIST

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Affiliate Rate 4** | | | 235.00 |
| **Do Today** | | | 25.00 |
| **Mail $5.05** | | | 5.05 |

Description: Servee: MICHAEL E. CRIDEN, P.A., dba CRIDEN & LOVE, P.A., a Florida corporation, served @7301 SW 57TH COURT SOUTH MIAMI, FL, 33143 on 4/17/2014 at 12:00 PM

Completed on 04/17/2014

| | TOTAL DUE | $ 265.05 |
|---|---|---|

Thank you for choosing Specialized Legal Services!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| BARTKO | April 30, 2014 | P115734 |

Remit To:

**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200**
**San Francisco, CA 94103**

TOTAL DUE: | $ 265.05 |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Specialized Legal Services**

**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200 San Francisco, CA 94103**
**Phone: (415) 357-0500 ~ Fax: (415) 357-0595**

## DOCUMENT LIST ATTACHMENT

**CLIENT FILE #:**                                          **DATE:** April 30, 2014

**SUBJECT:**  MICHAEL E. CRIDEN, P.A., dba CRIDEN & LOVE, P.A., a Florida corporation

SUMMONS IN  A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE AND DECLARATORY
RELIEF; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES; NOTICE OF SETTLEMENT CONFERENCE AND
SETTLEMENT CONFERENCE ORDER; CASE MANAGEMENT AND PRETRIAL ORDER FOR
JURY TRIAL; CASE MANAGEMENT AND PRETRIAL ORDER FOR COURT TRIAL; ORDER
RE DISCOVERY PROCEDURES; FILING PROCEDURES (SAN FRANCISCO); ECF
REGISTRATION INFORMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE
SERVICE OF A SUMMONS (BLANK); WAIVER OF THE SERVICE OF SUMMONS
(BLANK); NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE
JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE
JURISDICTION (BLANK); PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF JOSEPH
R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

SPECIALIZED
LEGAL SERVICES, INC.
Specialized Legal Services, Inc. | 1112 Bryant St. Ste. 200 | San Francisco, CA 94103 | 4153570500

P115734

# EXHIBIT C

**Cassi Switzer**

| | |
|---|---|
| **From:** | Barbara Sage |
| **Sent:** | Wednesday, July 02, 2014 4:48 PM |
| **To:** | Cassi Switzer |
| **Subject:** | Check Request |

**Bartko, Zankel, Bunzel & Miller**
OPERATING ACCOUNT
CHECK REQUEST

Date: | July 2, 2014 | Time Needed: | July 3 - noon

Amount: $85.00

Payable to:
Carrie McKee-Parks
570 Via Mirabel
San Lorenzo, CA 94580

Federal ID #

Purpose: Deposit for transcript of hearing on motion to dismiss

Charge to: Client/Matter: 2400.001
Office:

Requested by: Robert H. Bunzel | Approved by:

*For check requests greater than $500.00, a partner must sign.

===========================================================
FOR ACCOUNTING PURPOSES ONLY
===========================================================

GL Acct. No.          Amount

_____
Administrator/Check Signer

**Bartko, Zankel, Bunzel & Miller**
OPERATING ACCOUNT
CHECK REQUEST

Date: July 23, 2014          Time Needed: 2 p.m.

Amount: $25.50

Payable to: Carrie McKee-Parks
570 Via Mirabel
San Lorenzo, CA 94580

Federal ID #

Purpose: Balance due for transcript of July 1, 2014 hearing

Charge to: Client/Matter: 2400.001
Office:

Requested by: Rob Bunzel    Approved by:

*For check requests greater than $500.00, a partner must sign.

===========================================================
FOR ACCOUNTING PURPOSES ONLY
===========================================================

GL Acct. No.          Amount

_____
Administrator/Check Signer

_____          _____

_____          _____

_____          _____

_____          _____

999.000/30509.1

# EXHIBIT D

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Robert H. Bunzel, Esq.<br>Bartko, Zankel, Tarrant & Miller<br>One Embarcadero Center<br>Suite 800<br>San Francisco, CA, 94111 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF2192693<br>12/4/2014<br>$3,883.57 |

| | | | |
|---|---|---|---|
| **Case:** | Joseph Saveri Law Firm, Inc. And Joseph R. Saveri v. Michael E. Criden, P.A. Dba Criden & Love, P.A. | **Client/Matter#:** | 2400.001 |
| **Job #:** | 1956965 | Job Date: 11/20/2014 | Delivery: Expedited | | |
| **Billing Atty:** | Robert H. Bunzel, Esq. | | |
| **Location:** | Mase Lara PA | | |
| | 2601 South Bayshore Dr | Suite 800 | Miami, FL 33133 | | |
| **Sched Atty:** | Robert H. Bunzel, Esq. | Bartko Zankel Bunzel & Miller | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Kevin Love, Esq. | Original with 1 Certified Transcript | Page | 280.00 | $2,086.00 |
| | Attendance Fee - Additional Hours | Hour | 7.50 | $375.00 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Exhibits | Per Page | 307.00 | $199.55 |
| | Realtime Services | Page | 280.00 | $490.00 |
| | Rough Draft | Page | 280.00 | $490.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $40.02 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,883.57 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,883.57 |



TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

43897

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2192693 |
| **Job #:** | 1956965 |
| **Invoice Date:** | 12/4/2014 |
| **Balance:** | $3,883.57 |

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Robert H. Bunzel, Esq. | | |
|---|---|---|---|
| | Bartko, Zankel, Tarrant & Miller | Invoice #: | SF2192701 |
| | One Embarcadero Center | Invoice Date: | 12/4/2014 |
| | Suite 800 | Balance Due: | $1,791.10 |
| | San Francisco, CA, 94111 | | |

| | | | |
|---|---|---|---|
| Case: | Joseph Saveri Law Firm, Inc. And Joseph R. Saveri v. Michael E. Criden, P.A. Dba Criden & Love, P.A. | Client/Matter#: | 2400.001 |
| Job #: | 1956993 | Job Date: 11/21/2014 | Delivery: Expedited | | |
| Billing Atty: | Robert H. Bunzel, Esq. | | |
| Location: | Mase Lara PA | | |
| | 2601 South Bayshore Dr | Suite 800 | Miami, FL 33133 | | |
| Sched Atty: | Robert H. Bunzel, Esq. | Bartko Zankel Bunzel & Miller | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 126.00 | $1,001.70 |
| | Attendance Fee – First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Additional Hours | Hour | 2.00 | $100.00 |
| | Exhibits | Per Page | 16.00 | $10.40 |
| Michael Criden | Realtime Services | Page | 126.00 | $220.50 |
| | Rough Draft | Page | 126.00 | $220.50 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | Invoice Total: | $1,791.10 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,791.10 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | SF2192701 |
|---|---|
| Job #: | 1956993 |
| Invoice Date: | 12/4/2014 |
| Balance: | $1,791.10 |

43897

**Veritext**
**Western Regional Headquarters**

**VERITEXT**
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Robert H. Bunzel, Esq. | | |
| | Bartko, Zankel, Tarrant & Miller | **Invoice #:** | SF2201502 |
| | One Embarcadero Center | **Invoice Date:** | 12/15/2014 |
| | Suite 800 | **Balance Due:** | $1,975.02 |
| | San Francisco, CA, 94111 | | |

| **Case:** | Joseph Saveri Law Firm, Inc. And Joseph R. Saveri v. Michael E. Criden, P.A. Dba Criden & Love, P.A. | **Client/Matter#:** | 2400.001 |
| **Job #:** | 1956965 | Job Date: 11/20/2014 | Delivery: Normal | | |
| **Billing Atty:** | Robert H. Bunzel, Esq. | | |
| **Location:** | Mase Lara PA | | |
| | 2601 South Bayshore Dr | Suite 800 | Miami, FL 33133 | | |
| **Sched Atty:** | Robert H. Bunzel, Esq. | Bartko Zankel Bunzel & Miller | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Kevin Love, Esq. | Video - Services | | 9.50 | $1,852.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | **Invoice Total:** | $1,887.50 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $87.52 |
| | | **Balance Due:** | $1,975.02 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 101 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to** **www.Veritext.com** | **Please remit payment to:** **Veritext** **P.O. Box 71303** **Chicago IL 60694-1303** | **Invoice #:** | SF2201502 |
|---|---|---|---|
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | **Job #:** | 1956965 |
| | | **Invoice Date:** | 12/15/2014 |
| | | **Balance:** | $1,975.02 |

43897

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Robert H. Bunzel, Esq.<br>Bartko, Zankel, Tarrant & Miller<br>One Embarcadero Center<br>Suite 800<br>San Francisco, CA, 94111 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF2203899<br>12/18/2014<br>$766.25 |

| | | | |
|---|---|---|---|
| **Case:** | Joseph Saveri Law Firm, Inc. And Joseph R. Saveri v. Michael E. Criden, P.A. Dba Criden & Love, P.A. | **Client/Matter#:** | 2400.001 |
| **Job #:** | 1956993 | Job Date: 11/21/2014 | Delivery: Normal | | |
| **Billing Atty:** | Robert H. Bunzel, Esq. | | |
| **Location:** | Mase Lara PA | | |
| | 2601 South Bayshore Dr | Suite 800 | Miami, FL 33133 | | |
| **Sched Atty:** | Robert H. Bunzel, Esq. | Bartko Zankel Bunzel & Miller | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Michael Criden | Video - Services | | 3.75 | $731.25 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $766.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $766.25 |

OK
bjs

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**   SF2203899<br>**Job #:**   1956993<br>**Invoice Date:**   12/18/2014<br>**Balance:**   $766.25 |

43897

ESQUIRE

North Miami Beach
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


ESQUIRE
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ234332



ROBERT BUNZEL ,ESQ
BARTKO ZENKEL BUNZEL
SUITE 800
ONE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

| Invoice Date | 12/30/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/29/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | 2400.001 ✓ |

| Assignment | Case | Claim | Attachment | Shipped | Shipped Via |
|---|---|---|---|---|---|
| 12/08/2014 | JOSEPH SAVERI LAW FIRM VS. CRIDEN, MICHAE | | 237628 | 12/29/2014 | FED EX |

**Description**

Copy Deposition for JOSEPH SAVERI, 12/08/2014 (SAN FRANCISCO, CA)

   EXHIBITS

*SHIPPED TO: BUNZEL, ROBERT H. ESQ*
*SUITE 800*
*ONE EMBARCADERO CENTER*
*SAN FRANCISCO, CA 94111*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/13/2015** | **$ 1,288.10** |
| Amount Due After 02/13/2015 | $ 1,416.91 |

Page 1 of 2

 ESQUIRE

North Miami Beach
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:    45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ235287

| | |
|---|---|
| Invoice Date | 01/02/2015 |
| Terms | NET 30 |
| Payment Due | 02/01/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT BUNZEL ,ESQ
BARTKO ZENKEL BUNZEL
SUITE 800
ONE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/09/2014 | JOSEPH SAVERI LAW FIRM VS. CRIDEN, MICHAE | 237635 | 12/31/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/09/2014, SOLOMON CERA (SAN FRANCISCO, CA) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (44 Pages) | $ 143.00 |
| EXHIBITS | $ 13.75 |
| HANDLING FEE | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| SUMMARY | $ 45.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| | $ 282.75 |
| Services Provided on 12/09/2014, ERIC FASTIFF (SAN FRANCISCO, CA) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (110 Pages) | $ 357.50 |
| EXHIBITS | $ 20.00 |
| HANDLING FEE | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| SUMMARY | $ 95.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| | $ 553.50 |

### CONTINUED ON NEXT PAGE ...

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Tax Number:    45-3463120**

 ESQUIRE
S O L U T I O N S

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ235287 |
| Payment Due: | 02/01/2015 |

**Amount Due On/Before 02/16/2015**      **$ 1,150.00**

Amount Due After 02/16/2015      $ 1,265.00

ROBERT BUNZEL ,ESQ
BARTKO ZENKEL BUNZEL
SUITE 800
ONE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

204  0000235287  01022015  3  000115000  4  02012015  02162015  2  000126500  46

Page 2 of 2

 **ESQUIRE**

North Miami Beach
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:    45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ235287

| | |
|---|---|
| **Invoice Date** | 01/02/2015 |
| **Terms** | NET 30 |
| **Payment Due** | 02/01/2015 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

ROBERT BUNZEL ,ESQ
BARTKO ZENKEL BUNZEL
SUITE 800
ONE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/09/2014 | JOSEPH SAVERI LAW FIRM VS. CRIDEN, MICHAE | 237635 | 12/31/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/09/2014, BRENDAN GLACKIN (SAN FRANCISCO, CA) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (48 Pages) | $ 156.00 |
| HANDLING FEE | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| SUMMARY | $ 45.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| | $ 282.00 |
| | |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

*SHIPPED TO: BUNZEL, ROBERT H. ESQ*
*SUITE 800*
*ONE EMBARCADERO CENTER*
*SAN FRANCISCO, CA 94111*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/16/2015** | **$ 1,150.00** |
| Amount Due After 02/16/2015 | $ 1,265.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Tax Number:    45-3463120**



**ESQUIRE**
S O L U T I O N S

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

 

| | |
|---|---|
| Invoice #: | ESQ235287 |
| Payment Due: | 02/01/2015 |
| **Amount Due On/Before 02/16/2015** | **$ 1,150.00** |
| Amount Due After 02/16/2015 | $ 1,265.00 |

ROBERT BUNZEL ,ESQ
BARTKO ZENKEL BUNZEL
SUITE 800
ONE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

204  0000235287  01022015  3  000115000  4  02012015  02162015  2  000126500  46

# EXHIBIT E

Account: BARTKO ZANKEL BUNZEL & MILLER PC, SAN FRANCISCO CA (1000816624)
Date Range: April 01, 2014 - April 30, 2014
Report Format: Summary-Account by Client by User by Day
Products: Westlaw, WestlawNext
Content Families: All Content Families

| | | | | |
|---|---|---|---|---|
| Totals for Day 04/10/2014 | 29 | 203.00 USD | 49.60 USD | 49.60 USD |
| Day 04/18/2014 | | | | |
| Totals for Included | 16 | 968.00 USD | 236.54 USD | 236.54 USD |
| Totals for Day 04/18/2014 | 16 | 968.00 USD | 236.54 USD | 236.54 USD |
| Day 04/28/2014 | | | | |
| Totals for Included | 22 | 1,226.00 USD | 299.58 USD | 299.58 USD |
| Totals for Excluded | 1 | 55.00 USD | 0.00 USD | 55.00 USD |
| Totals for Day 04/28/2014 | 23 | 1,281.00 USD | 299.58 USD | 354.58 USD |
| Totals for User Name BRAAM,SOHAILA (813748) | 68 | 2,452.00 USD | 585.73 USD | 640.73 USD |
| Totals for Client 2400-001-SXB-RHB | 68 | 2,452.00 USD | 585.73 USD | 640.73 USD |

MAY – 8 2014
LIBRARY



| INVOICE NO: | INVOICE DATE |
|---|---|
| 1405006559 | 31-MAY-14 |

BILLING PERIOD 01-MAY-14 - 31-MAY-14

| ACCOUNT NUMBER |
|---|
| 1032WW |

**SUB-ACCOUNT:**
BARTKO ZANKEL BUNZEL MILLER
1 EMBARCADERO CTR STE 800
SAN FRANCISCO, CA 94111-3629

**INVOICE TO:**
BARTKO ZANKEL BUNZEL MILLER
SAN FRANCISCO CA 94111

### ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
SUB-ACCOUNT DETAIL BY USER NAME / CLIENT /DATE / SERVICE / TYPE OF CHARGE
SUB-ACCOUNT NUMBER: 1032WW

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | DISCOUNT | NET AMOUNT | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| BRAAM, SOHAILA - H3BS0GM | | | | | | |
| 2400.0001.SXB.CGM | | | | | | |
| 5/15 LEXIS LEGAL SERVICES | | | | | | |
| COMPUTER CONECTN TIME | 00:03:11 | $ 3.19 | - | $ 3.19 | - | $ 3.19 |
| TIER 4 | 00:00:00 | $ 0.04 | - | $ 0.04 | - | $ 0.04 |
| TIER 6 | 00:03:11 | $ 66.64 | - | $ 66.64 | - | $ 66.64 |
| OFFLINE PRINT | 00:00:00 | - | - | - | - | $ 0.00 |
| DOCUMENT PRINTING | 1 | $ 15.00 | - | $ 15.00 | - | $ 15.00 |
| CLIENT TOTAL: 2400.0001.SXB.CGM | | $ 84.87 | $ 0.00 | $ 84.87 | $ 0.00 | $ 84.87 |

**Account:** BARTKO ZANKEL BUNZEL & MILLER PC, SAN FRANCISCO CA (1000816624)
**Date Range:** May 01, 2014 - May 31, 2014
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, WestlawNext
**Content Families:** All Content Families

Client 2400-001-SXB-CGM
    User Name BRAAM,SOHAILA (813748)
        Day 05/14/2014

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 3 | 219.00 USD | 39.98 USD | 0.00 USD | 39.98 USD |
| Totals for Day 05/14/2014 | 3 | 219.00 USD | 39.98 USD | 0.00 USD | 39.98 USD |
| Day 05/15/2014 | | | | | |
| Totals for Included | 26 | 615.00 USD | 112.26 USD | 0.00 USD | 112.26 USD |
| Totals for Day 05/15/2014 | 26 | 615.00 USD | 112.26 USD | 0.00 USD | 112.26 USD |
| Day 05/16/2014 | | | | | |
| Totals for Included | 20 | 1,195.00 USD | 218.14 USD | 0.00 USD | 218.14 USD |
| Totals for Day 05/16/2014 | 20 | 1,195.00 USD | 218.14 USD | 0.00 USD | 218.14 USD |
| Day 05/17/2014 | | | | | |
| Totals for Included | 4 | 193.00 USD | 35.23 USD | 0.00 USD | 35.23 USD |
| Totals for Day 05/17/2014 | 4 | 193.00 USD | 35.23 USD | 0.00 USD | 35.23 USD |
| Totals for User Name BRAAM,SOHAILA (813748) | 53 | 2,222.00 USD | 405.61 USD | 0.00 USD | 405.61 USD |
| Totals for Client 2400-001-SXB-CGM | 53 | 2,222.00 USD | 405.61 USD | 0.00 USD | 405.61 USD |

Client 2400-001-SXB-RHB
    User Name BRAAM,SOHAILA (813748)
        Day 05/19/2014

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 3 | 86.00 USD | 15.70 USD | 0.00 USD | 15.70 USD |
| Totals for Day 05/19/2014 | 3 | 86.00 USD | 15.70 USD | 0.00 USD | 15.70 USD |
| Totals for User Name BRAAM,SOHAILA (813748) | 3 | 86.00 USD | 15.70 USD | 0.00 USD | 15.70 USD |
| Totals for Client 2400-001-SXB-RHB | 3 | 86.00 USD | 15.70 USD | 0.00 USD | 15.70 USD |

RECEIVED
JUN – 9 2014
LIBRARY



| INVOICE NO: | INVOICE DATE |
|---|---|
| 1409006505 | 30-SEP-14 |

BILLING PERIOD 01-SEP-14 - 30-SEP-14

| ACCOUNT NUMBER |
|---|
| 1032WW |

**SUB-ACCOUNT:**
BARTKO ZANKEL BUNZEL MILLER
1 EMBARCADERO CTR STE 800
SAN FRANCISCO, CA 94111-3629

**INVOICE TO:**
BARTKO ZANKEL BUNZEL MILLER
SAN FRANCISCO CA 94111

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### SUB-ACCOUNT DETAIL BY USER NAME / CLIENT /DATE / SERVICE / TYPE OF CHARGE
### SUB-ACCOUNT NUMBER: 1032WW

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | DISCOUNT | NET AMOUNT | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| **BRAAM, SOHAILA - H3BS0GM** | | | | | | |
| 2400.0001.SXB.CGM | | | | | | |
| 9/16 LEXIS LEGAL SERVICES | | | | | | |
| COMPUTER CONECTN TIME | 00:00:00 | - | - | - | - | $ 0.00 |
| TIER 4 | 00:00:00 | $ 0.06 | - | $ 0.06 | - | $ 0.06 |
| 9/16 LEXIS PUBLIC RECORDS | | | | | | |
| COMPUTER CONECTN TIME | 00:02:57 | $ 2.97 | - | $ 2.97 | - | $ 2.97 |
| TIER 6 | 00:02:57 | $ 61.94 | - | $ 61.94 | - | $ 61.94 |
| OFFLINE PRINT | 00:00:00 | - | - | - | - | $ 0.00 |
| DOCUMENT PRINTING | 1 | $ 15.00 | - | $ 15.00 | - | $ 15.00 |
| **CLIENT TOTAL: 2400.0001.SXB.CGM** | | $ 79.97 | $ 0.00 | $ 79.97 | $ 0.00 | $ 79.97 |

**Account:** BARTKO ZANKEL BUNZEL & MILLER PC, SAN FRANCISCO CA (1000816624)
**Date Range:** September 01, 2014 - September 30, 2014
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, WestlawNext
**Content Families:** All Content Families

Client 2400-001-SXB-CGM
  User Name BRAAM,SOHAILA (813748)
    Day 09/16/2014

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Included | 7 | 3 | | 2,765.00 USD | 482.38 USD | 0.00 USD | 482.38 USD |
| Totals for Excluded | 4 | 1 | | 192.20 USD | 0.00 USD | 0.00 USD | 192.20 USD |
| Totals for Day 09/16/2014 | 11 | 4 | | 2,957.20 USD | 482.38 USD | 0.00 USD | 674.58 USD |
| Totals for User Name BRAAM,SOHAILA (813748) | 11 | 4 | | 2,957.20 USD | 482.38 USD | 0.00 USD | 674.58 USD |
| Totals for Client 2400-001-SXB-CGM | 11 | 4 | | 2,957.20 USD | 482.38 USD | 0.00 USD | 674.58 USD |

**Account:** BARTKO ZANKEL BUNZEL & MILLER PC, SAN FRANCISCO CA (1000816624)
**Date Range:** October 01, 2014 - October 31, 2014
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, WestlawNext
**Content Families:** All Content Families

Client 2404-000-SXB-CGT
User Name BRAAM,SOHAILA (813748)
Day 10/14/2014

RECEIVED
NOV - 5 2014
LIBRARY

| | | | | |
|---|---|---|---|---|
| Totals for Included | 5 | 65.00 USD | 8.54 USD | 0.00 USD | 8.54 USD |
| Totals for Day 10/14/2014 | 5 | 65.00 USD | 8.54 USD | 0.00 USD | 8.54 USD |
| Totals for User Name BRAAM,SOHAILA (813748) | 5 | 65.00 USD | 8.54 USD | 0.00 USD | 8.54 USD |
| Totals for Client 2404-000-SXB-CGT | 5 | 65.00 USD | 8.54 USD | 0.00 USD | 8.54 USD |

**New Sale Invoice**

THOMSON REUTERS

| BILLING ACCOUNT# | 1000816624 |
| NEW SALE INVOICE# | 6097312582 |
| ORDER# | 200933878 |
| INVOICE DATE | 11/13/2014 |
| PAYMENT DUE DATE | 12/13/2014 |
| **AMOUNT DUE IN USD** | **157.30** |

Thomson Reuters - West
P.O. Box 64779
St.Paul, MN 55164-0779

CUSTOMER SERVICE: 1/800/328-4880
For payment instructions and contact information see reverse

01          PAGE 1 OF   1

| SALES REPRESENTATIVE | ORDER DATE 11/03/2014 | SHIP DATE 11/13/2014 | PURCHASE ORDER# 752335 | DELIVERY # |
|---|---|---|---|---|

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 40437603 | WCX STATE AGENCY STAFF TIME (1/4 HOUR INCREMENT) California Secretary of State #Case: JOSEPH SAVERI LAW FIRM, INC. (C3535579) # | 5 | 25.00 | | 125.00 S |
| 40437611 | WCX STATE COPY FEE California Secretary of State file access and sliding scale copy charges:Copied the Articles of Incorporation. | 1 | 20.50 | 1.80 | 22.30 S |
| 40437625 | WCX EMAIL DELIVERY CHARGE Emailed documents to Sohaila Braam. | 1 | 10.00 | | 10.00 S |

752335
Requestor: Sohaila Braam     Ref Num: 2400-001-SXB-RHB

RECEIVED

NOV 14 2014

LIBRARY

THANK YOU

| | TOTAL IN USD | |
|---|---|---|
| | | 157.30 |

**RETURN BOTTOM PORTION WITH PAYMENT**

| NEW SALE INVOICE# | 6097312582 |
| BILLING ACCOUNT# | 1000816624 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 157.30 |
| AMOUNT ENCLOSED IN USD | |

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

BARTKO ZANKEL BUNZEL & MILLER PC
SOHAILA BRAAM
1 EMBARCADERO CTR STE 800
SAN FRANCISCO CA  94111-3629

6097312582 00000000000000000000 20141113 ZINV 000015730 0010 1000816624 8

 **LexisNexis·**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1412006467 | 31-DEC-14 |

BILLING PERIOD 01-DEC-14 - 31-DEC-14

| ACCOUNT NUMBER |
|---|
| 1032WW |

*SUB-ACCOUNT:*
BARTKO ZANKEL BUNZEL MILLER
1 EMBARCADERO CTR STE 800
SAN FRANCISCO, CA 94111-3629

*INVOICE TO:*
BARTKO ZANKEL BUNZEL MILLER
SAN FRANCISCO CA 94111

### ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
#### SUB-ACCOUNT DETAIL BY USER NAME / CLIENT /DATE / SERVICE / TYPE OF CHARGE
#### SUB-ACCOUNT NUMBER: 1032WW

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | DISCOUNT | NET AMOUNT | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| BRAAM, SOHAILA - H3BS0GM(CONTINUED) | | | | | | |
| CLIENT TOTAL: 2318.0001.SXB.CGM | | $ 754.96 | $ 0.00 | $ 754.96 | $ 0.00 | $ 754.96 |
| 2400.0001.SXB.CGM | | | | | | |
| 12/15 LEXIS LEGAL SERVICES | | | | | | |
| COMPUTER CONECTN TIME | 00:13:53 | $ 13.87 | - | $ 13.87 | - | $ 13.87 |
| TIER 4 | 00:01:13 | $ 0.08 | - | $ 0.08 | - | $ 0.08 |
| TIER 6 | 00:12:39 | $ 217.19 | - | $ 217.19 | - | $ 217.19 |
| OFFLINE PRINT | 00:00:00 | - | - | - | - | $ 0.00 |
| AUTOMATIC DISPLAYS | 1 | - | - | - | - | $ 0.00 |
| SINGLE DOCUMENT RETRIEVAL | 1 | $ 35.00 | - | $ 35.00 | - | $ 35.00 |
| DOCUMENT PRINTING | 2 | $ 30.00 | - | $ 30.00 | - | $ 30.00 |
| CLIENT TOTAL: 2400.0001.SXB.CGM | | $ 296.14 | $ 0.00 | $ 296.14 | $ 0.00 | $ 296.14 |

**Account:** BARTKO ZANKEL BUNZEL & MILLER PC SAN FRANCISCO CA (1006816094)
**Date Range:** December 01, 2014 - December 31, 2014
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, WestlawNext
**Content Families:** All Content Families

Client 2400-001-SXB-CGM

User Name BRAAM,SOHAILA (813748)

Day 12/09/2014

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 7 | | 138.00 USD | 40.33 USD | 0.00 USD | 40.3 |
| Totals for Day 12/09/2014 | 7 | | 138.00 USD | 40.33 USD | 0.00 USD | 40.3 |
| Day 12/15/2014 | | | | | | |
| Totals for Included | 16 | | 1,196.00 USD | 349.56 USD | 0.00 USD | 349.5 |
| Totals for Day 12/15/2014 | 16 | | 1,196.00 USD | 349.56 USD | 0.00 USD | 349.5 |
| Totals for User Name BRAAM,SOHAILA (813748) | 23 | | 1,334.00 USD | 389.90 USD | 0.00 USD | 389.9 |
| Totals for Client 2400-001-SXB-CGM | 23 | | 1,334.00 USD | 389.90 USD | 0.00 USD | 389.9 |

RECEIVED
JAN 5 2015
LIBRARY